Tom BATES; Edward H. Lyman; Ardis Graham; Richard D. Lewis; Lawrence J. Buchalter; Jonathan Browning; Rachel Sherman; Martha A. Escutia; Sylvia Hernandez; Ana Rosa Pena; Claudia Navar; Barbara J. Friedman; Susan Zarakov; Harriet Sculley, Plaintiffs–Appellants,

v.

Bill JONES, Secretary of the State of California; Bradley J. Clark; Alameda County Registrar of Voters; Conny McCormack, Los Angeles County Registrar of Voters, Defendants–Appellees,

and

Peter F. Schabarum; Lewis K. Uhler; Lee A. Phelps; National Tax Limitation Committee; Alliance of California Taxpayers & Involved Voters, Intervenors–Appellees.

Bill JONES, Secretary of the State of California, Defendant–Appellant,

and

Peter F. Schabarum; Lewis K. Uhler, Intervenors–Appellants,

v.

Tom BATES; Edward H. Lyman; Richard D. Lewis; Lawrence J. Buchalter; Jonathan Browning; Rachel Sherman, Plaintiffs–Appellees,

and

National Tax Limitation Committee; Alliance of California Taxpayers & Involved Voters, Intervenors,

v.

Bill JONES, Secretary of the State of California, Defendant–Appellant.

Nos. 97–15864, 97–15914.

United States Court of Appeals, Ninth Circuit.

Nov. 4, 1997.

Before: HUG, Chief Judge.

Upon the vote of a majority of the active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. Oral argument will be held in San Francisco on November 20, 1997.

The stay entered by the district court and continued by a panel of this court will remain in effect until further order of the en banc court.